1:15 P.M. O'CLOCK FILED

MAY 01 2019

GAYLON HALE
CIRCUIT AND COUNTY CLERK
PRAIRIE CO., SO. DISTRICT

Mary Hopson DC

## IN THE CIRCUIT COURT OF PRAIRIE COUNTY, ARKANSAS
## DEVALLS BLUFF DIVISION

**WESTERN FLYER EXPRESS, LLC**  PLAINTIFF
C/O The McHughes Law Firm, PLLC
P.O. Box 2180
Little Rock, AR 72203

vs.  No. 59SCV-19-12

**IBRAHIM MOHAMUD**  DEFENDANTS
150 RED ROCK CROSSING APT 211
NEWPORT, MN 55055

**ROTRANS, INC.**
2009 PLAINFIELD DRIVE
DES PLAINES, IL 60018

### COMPLAINT

Comes the Plaintiff, Western Flyer Express, LLC, by and through its attorney, The McHughes Law Firm, PLLC, and for its cause of action against the Defendants, Ibrahim Mohamud and Rotrans, Inc., states and alleges:

(1)

That the Plaintiff is an insurance company authorized to do business in the State of Arkansas. The Defendants were involved in a traffic accident in Prairie County, Arkansas. This court has jurisdiction over the parties and over the subject matter of this cause and venue is proper.

(2)

That on May 15, 2018, Plaintiff, Western Flyer Express, LLC's vehicle, operated by Robert Gwaivu was West Bound on I-40, Hazen, Arkansas, Prairie County, Arkansas, at the I40 entrance ramp to I40 from a rest stop area, when suddenly and without warning, he encountered the





EXHIBIT A

Defendant, Ibrahim Mohamud, an employee of and operating a tractor trailer rig owned by the Defendant, Rotrans, Inc., within the scope of his employment, attempted to enter I40 from the rest area, half way into his lane of traffic, causing the ensuing accident. That the ensuing accident was the direct and proximate cause of the Defendant, Ibrahim Mohamud's negligence in one or more of the following respects, to-wit:

- a) Failure to abide by the common law rules of the road.
- b) Failure to operate vehicle in a safe manner.
- c) Failure to keep a proper lookout.
- d) Failure to keep vehicle under control.
- e) Failure to allow Plaintiff's insured a full lane of traffic.
- f) Failure to yield to existing traffic.
- g) Failure to exercise ordinary care for his/her own safety and for the safety of others using the roadway.
- h) Failure to maintain a safe vehicle.
- i) Failure to operate vehicle at a reasonable rate of speed.
- j) Failure to provide liability insurance as required by law.

(3)

That the negligence of the Defendant, Ibrahim Mohamud, was the direct and proximate cause of the Plaintiff's insured's damages and said damages were foreseeable.

(4)

Plaintiff is subrogated in equity and contract to the amount expended on behalf of its insured.

(5)

Plaintiff further states that the Defendants, Ibrahim Mohamud, caused damage to the Plaintiff in the amount of $129,500.00. That said amount is now justly due and owing and remains unpaid. That there are no credits or offsets due thereon; that demand for payment has been made and refused.

**WHEREFORE**, premises considered, Plaintiff prays that Defendants be summoned to appear and answer, that upon final hearing, Plaintiff have Judgment against the Defendants for;

a) $129,500.00 which is the balance due;

a) post judgment interest at 10%;

b) attorney's fees in the amount to be determined by the court;

c) all cost of court; and

d) all such other just and proper relief to which Plaintiff may be entitled.

Respectfully Submitted,

**The McHughes Law Firm, P.L.L.C.**
**Attorneys at Law**
**P.O. Box 2180**
**Little Rock, Arkansas 72203**
**(501) 376-9131**

Josh E. McHughes

**Josh E. McHughes (67040)**
**josh@mchugheslaw.com**
**Becky A. McHughes (03024)**
**becky@mchugheslaw.com**
**Christopher D. Anderson (91255)**
**chris@mchugheslaw.com**
**Megan Chappelear (16063)**
**mchappelear@mchugheslaw.com**
**Our File# 59654**